1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
ENRICO M. ALIS
4 | Special Assistant United States Attorney
     333 Market Street, Suite 1500
5 |   San Francisco, California  94105
     Tel:  (415) 977-8933
6 |   Fax:  (415) 744-0134
     Email:  enrico.alis@ssa.gov
7
Attorneys for Defendant Michael J. Astrue,
8 |      Commissioner of Social Security

9

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION
12

13 | LUCINDA GARCIA,                    ) No. CV-08-01431-FFM
14 |                                    )
                                        ) [~~PROPOSED~~] **JUDGMENT OF**
15 |      Plaintiff,                    ) **REMAND**
                                        )
16 |      v.                            )
                                        )
17 | MICHAEL J. ASTRUE, Commissioner    )
     of Social Security,                )
18 |                                    )
19 |      Defendant.                    )
                                        )
20 | _____)

21
22       The Court having approved the parties' Stipulation to Voluntary Remand
23 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
24 ("Stipulation for Remand") lodged concurrent with the lodging of the within
25 Judgment of Remand.
26 ///
27 ///
28

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4      DATED: September 5, 2008

6                                  /S/ FREDERICK F. MUMM

                              _____
8                                HON. FREDERICK F. MUMM
                              UNITED STATES MAGISTRATE JUDGE

15  Presented by:
16  THOMAS P. O'BRIEN
17  United States Attorney
    LEON W. WEIDMAN
18  Assistant United States Attorney
19  Chief, Civil Division

20
    */s/ Enrico M. Alis*
21  ENRICO M. ALIS
22  Special Assistant United States Attorney

23
    Attorneys for Defendant